| KITTY DUNN, ET AL. | * | NO. 2022-CA-0506 |
| --- | --- | --- |
| VERSUS | * | COURT OF APPEAL |
| REGIONAL TRANSIT AUTHORITY, ET AL. | * | FOURTH CIRCUIT |
| | * | STATE OF LOUISIANA |
| | * | |
| | * | |

* * * * * * *

*JCL*  **LOBRANO, J., CONCURS IN THE RESULT**